**No. 56910.**— Catz American Co., Inc., et al. *v.* United States, protests 137104–K, etc. (New York).

Opinion by Ekwall, J. In accordance with stipulation of counsel that the merchandise consists of shredded or grated coconut meat, cooked in sugar sirup and packed in tins, a product of Cuba, similar in all material respects to that the subject of *Allied Food Corporation of America* v. *United States* (28 Cust. Ct. 222, C. D. 1412), the claim of the plaintiffs was sustained.